UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Renee Bell,<br><br>Plaintiff,<br>vs.<br><br>Federal Finance Group, Inc., and<br>Larry Baker, Esq.,<br><br>Defendants. | **FILE NO.: CV 01-1400 ADM/SRN**<br><br>**STIPULATION AND ORDER TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT AND TO CORRECT CASE CAPTION FOR DEFENDANT FEDERAL FINANCIAL GROUP, INC.** |

WHEREAS, on October 25 2001, Plaintiff served its Summons and Complaint in the above-captioned action upon Defendant Federal Financial Group, Inc. a/k/a Federal Finance Group, Inc. ("FFG").

WHEREAS, Defendant FFG requested an extension of the time in which to serve its Answer, move, or otherwise respond to Plaintiff's Complaint.

WHEREAS, Defendant FFG has informed Plaintiff that its correct legal name is Federal Financial Group, Inc., not Federal Finance Group, Inc.

WHEREAS, Plaintiff requested that Defendant FFG stipulate to the correction of the above case caption to include the correct legal name for the Defendant FFG.

NOW, THEREFORE, it is hereby agreed, by and between Plaintiff and Defendant FFG through their respective counsel, that Defendant shall have an extension until November 30, 2001, in which to answer, move, or otherwise respond to the Complaint in the above-captioned action; and that the case caption in the above matter shall be changed to reflect the correct legal name for the Defendant Federal Financial Group, Inc.

FILED DEC 1 0 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ATTORNEY FOR PLAINTIFF**

By:________________________________

Thomas J. Lyons, Jr.
Attorney I.D. #0249646
342 East County Road D
Little Canada, MN 55117
(651) 770-9707

Dated: 12/10/01

**ATTORNEYS FOR DEFENDANT FEDERAL FINANCIAL GROUP, INC.**

By:________________________________

Amy J. Swedberg
Attorney I.D. #271019
Maslon Edelman Borman & Brand, LLP
90 South Seventh Street, Suite 3300
Minneapolis, MN 55402
(612) 672-8200

Dated: 12/10/01

**ORDER**

Based upon the foregoing Stipulation, it is hereby ordered that the above Stipulation shall be and hereby is adopted as the Order of this Court, that Defendant shall have an extension until November 30, 2001, in which to answer, move, or otherwise respond to the Complaint in the above-captioned action, unless the parties subsequently agree to extend the deadline set forth herein, and that the case caption in this matter shall be changed to reflect the correct legal name of the Defendant Federal Financial Group, Inc.

Dated: December 10, 2001

BY THE COURT:

Susan Richard Nelson

The Honorable Susan R. Nelson
United States Magistrate Judge