**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| Renee Bell, n/k/a Renee Trutwin,<br><br>Plaintiff,<br>vs.<br><br>Federal Finance Group, Inc., and Larry Baker, Esq.,<br><br>Defendants. | **FILE NO.: CV 01-1400 ADM/SRN**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that all claims herein asserted by Plaintiff Renee Bell, now known as Renee Trutwin, are hereby dismissed with prejudice without costs, disbursements, or attorneys' fees to any of the parties.

IT IS FURTHER STIPULATED that without further notice the clerk of court may enter a judgment of dismissal with prejudice, without costs, disbursements, or attorneys' fees to any of the parties

**ATTORNEY FOR PLAINTIFF**

By: ______________________
Thomas J. Lyons, Jr. #0249646
Consumer Justice Center
342 East County Road D
Little Canada, MN 55117
(651) 770-9707

Dated: 5/10/02

**ATTORNEYS FOR DEFENDANTS**
**FEDERAL FINANCIAL GROUP, INC.**

By: ______________________
James F. Hanneman #202319
Amy J. Swedberg #271019
Maslon Edelman Borman & Brand, LLP
90 South Seventh Street, Suite 3300
Minneapolis, MN 55402
(612) 672-8200

Dated: May 10, 2002

MAY 13 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based on the stipulation of the parties by and through their respective counsel of record, IT IS HEREBY ORDERED that this action shall be, and hereby is, dismissed with prejudice, each side to bear her/its own costs, disbursements, and attorneys fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 13, 2002.

BY THE COURT:

The Honorable Ann D. Montgomery
United States District Judge